1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5084
7     Fax: (408)-535-5066
      E-mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  IN RE: APPLICATION OF THE          )   No. CR-08-90361-MISC-HRL
    UNITED STATES FOR ORDER            )
14  PURSUANT TO 18 U.S.C. § 2703       )
                                       )   GOVERNMENT'S MOTION TO
15                                     )   UNSEAL APPLICATIONS AND ORDERS
                                       )
16                                     )   SAN JOSE VENUE
                                       )
17  _____)

18      COMES NOW the United States of America, by and through its undersigned

19  counsel, and respectfully requests that the Court unseal the Applications and Orders in this

20  matter. The government previously filed several Applications in this matter pursuant to the

21  Treaty Between the United States of America and the Republic of Italy on Mutual Assistance in

22  Criminal Matters. On July 21, 2009, the Italian authorities advised that their investigation is no

23  longer covert, and it is therefore no longer necessary to delay notification to the subscribers of the

24  email accounts referred to in this matter. In order the comply with the notice requirements

25  contained in 18 U.S.C. § 2705, the government respectfully requests that the Court enter an

26  Order unsealing the applications, Orders, and other documents filed in this matter.

27

28
   GOV'T EX PARTE APP. FOR
   ORDER PER 18 U.S.C. § 2703

1 | A proposed Order as attached for the Court's convenience.

3 | DATED: July 24, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JOHN N. GLANG
Assistant U.S. Attorney