FILED

JUL 27 2009

RICHARD...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES FOR ORDER PURSUANT TO 18 U.S.C. § 2703 | No. CR-08-90361-MISC-HRL <br><br> ORDER |

This matter came before the Court on the government's Motion to Unseal Applications and Orders. For the reasons set forth in the government's motion, this matter is hereby UNSEALED.

Dated: 7/24, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

GOV'T EX PARTE APP. FOR
ORDER PER 18 U.S.C. § 2703